IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**ALBERT WATSON, III,**

    **Petitioner,**

    v.                                      **Case No. 2:04-cv-368**
                                               **JUDGE FROST**
**DEBORAH TIMMERMAN-COOPER, Warden,**      **Magistrate Judge KING**

    **Respondent.**

## OPINION AND ORDER

On February 7, 2005, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 be dismissed. On April 28, 2005, petitioner filed objections to the *Report and Recommendation*. Petitioner objects to all of the conclusions of the Magistrate Judge and again raises all of the same arguments that were previously presented.

Pursuant to 28 U.S.C. 636(b)(1), this Court has conducted a *de novo* review of those portions of the *Report and Recommendation* objected to by petitioner. For the reasons discussed at length in the *Report and Recommendation*, petitioner's objections are **OVERRULED.**

The *Report and Recommendation* is hereby **ADOPTED AND AFFIRMED**. This case is **DISMISSED**.

                                                                  /s/ Gregory L. Frost
                                                                   GREGORY L. FROST
                                                               United States District Judge